JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ORONDE LONDON, | Case No. EDCV 17-0185-JFW (KK) |
| Plaintiff, | |
| v. | JUDGMENT |
| CITY OF REDLANDS, | |
| Defendant(s). | |

Pursuant to the Order Accepting Final Findings and Recommendation of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that this action is dismissed with prejudice.

Dated: September 7, 2017

HONORABLE JOHN F. WALTER
United States District Judge